# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Viorel Onea,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>United States Immigration and Customs Enforcement, et al.,<br><br>　　　　　Defendants. | NO. CV-23-02575-PHX-SRB (ESW)<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed June 6, 2025, Plaintiff to take nothing, and the complaint and action are dismissed without leave to amend for failure to state a claim.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

June 6, 2025

　　　　　　　　　　　　　　　　　　s/ Rebecca Kobza
　　　　　　　　　　　　　By　　　Deputy Clerk